```
___✓_ FILED          ____ RECEIVED
____ ENTERED         ____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        SEP 1 2 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY WILLIAMS,

    Plaintiff,

v.

BRIAN SANDOVAL et al.,

    Defendants.

3:16-cv-00525-MMD-VPC

ORDER

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed a financial certificate and an inmate account statement.[1] (ECF No. 1-5, 1-8).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted an application on this Court's approved form. (*See* ECF No. 1-8). The Court will retain Plaintiff's civil rights complaint (ECF No. 1-5), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND

---

[1] Plaintiff has filed several other motions that will not be addressed in this order. (*See* ECF No. 1-1, 1-3, 1-6).

1  Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as
2  the document entitled information and instructions for filing an *in forma pauperis* application.
3      IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,
4  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the
5  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or
6  (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50
7  administrative fee).
8      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
9  dismissal of this action may result.
10     IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF
11 No. 1-5), but shall not file it at this time.

DATED: This 12th day of September, 2016.

_____
United States Magistrate Judge