ADAM PAUL LAXALT
   Attorney General
GERRI HARDCASTLE, Bar #13142
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1134
E-mail: ghardcastle@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, James Cox, and*
*Katherine Hegge*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, et al.,<br><br>    Defendant. | Case No. 3:16-cv-00525-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff. Danny Williams, appearing *pro se*, and Defendants, Romeo Aranas, James Cox, and Katherine Hegge, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by the order of this Court.

///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs of suit.

***

DATED this 30TH day of April, 2018.

DATED this 8TH day of ~~April~~ May, 2018.

ADAM PAUL LAXALT
Attorney General

By: *Danny Williams*
DANNY WILLIAMS
*Plaintiff, Pro Se*

By: *[signature]*
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 22nd day of ~~April~~ May, 2018.

*[signature]*

UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 22nd day of May, 2018, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Danny Williams
609 Standford Way
Sparks, NV 89431

*[signature]*
An employee of the
Office of the Attorney General